**FILED**
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.,

| | |
|---|---|
| DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY, ALSO KNOWN AS DR. RABBI K. GARTH RICHARDSON, THE BROTHER OF, AND GUARDIAN FOR MS. BEATRICE DEMETRICE GARTH, A DISABLED PERSON, P.O. BOX 803241, CHICAGO, ILLINOIS, 60680-3241 TELEPHONE: (773)-469-8132 | EMERGENCY COMPLAINT, AND EMERGENCY MOTION FOR CHANGE OF VENUE, ET AL., UNDER, AND PURSUANT TO, SARBANES-OXLEY-ACT-(2002); RULE(S) (301)(d), (406/407), ARTICLE(S) (III) ss (2), (IV) ss (1) & PARA. (1) ss (2), TITLE 42 ss (1985): OBSTRUCTION OF JUSTICE: 28 U.S.C. ss 1343(a1)-(b2), ART. (VI):PARA. (2) & (3), AMEND. I, IV, V, VI, VII, & XIV; ss (1); U.S. CONST. |
| VERSUS        PLAINTIFFS, | |
| CIRCUIT COURT OF COOK COUNTY, ILLINOIS, | DAMAGES CLAIMED: $$100,000,000.00; ONE-HUNDRED-MILLION-DOLLARS; U.S. CURRENCY. |
| DOROTHY BROWN, CLERK OF THE COURT, CIRCUIT COURT OF COOK COUNTY, ILLINOIS, ROOM 1001, 50 WEST WASHINGTON, CHICAGO, ILLINOIS, 60602 | JURY TRIAL DEMANDED!! DISTRICT COURT JUDGE: |
| MIKE DELANEY, ATTORNEY AT LAW, DELANEY LAW OFFICES, 14524 JOHN HUMPHREY DRIVE, ORLAND PARK, ILLINOIS, 60462 | |
| LISA MADIGAN, ATTORNEY GENERAL FOR THE STATE OF ILLINOIS, 11TH. FLOOR, 100 WEST RANDOLPH STREET, CHICAGO, ILLINOIS, 60601 | DIST. COURT MAG. JUDGE: F.R.C.P.: (38) JURY TRIAL!! DISTRICT COURT NUMBER: |
| ETHEL MAE SPENCER, 9503 WEST MAIN STREET, APT. (A), BELLEVILLE, ILLINOIS, 62223 | D.C. VENUE: 28 U.S.C. ss 1391 (a1--f1). DISTRICT COURT JURISDICTION: ARTICLE (III): ss (1) & (2), |
| ELVIE NELSON GARTH, 1526 6TH. STREET, MADISON, ILLINOIS, 62060 | ARTICLE (IV): ss (1) AND PARAGRAPH (1) OF ss (2) OF THE U.S. CONSTITUTION, |
| ERNESTINE ALLEN, 2065 HUNTINGHAM DRIVE, AUGUSTA, GEORGIA, 30906        DEFENDANTS, | 28 U.S.C. ss 1331; FEDERAL QUESTIONS, 28 U.S.C. ss 1343; (a)(1)-(a)(4): CIVIL RIGHTS AND ELECTIVE FRANCHISE, |

Case: 1:08-cv-00121
Assigned To: Unassigned
Assign. Date: 1/22/2008
Description: Civil Rights-Non-Employ.

JURY ACTION

PGS 1-11
ATT, A(i

RECEIVED
DEC 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

COMES NOW THE PLAINTIFF, DR. RABBI K. A. ISRAEL, ALSO KNOWN AS DR. RABBI K. GARTH RICHARDSON, THE BROTHER OF, AND THE GUARDIAN FOR MS. BEATRICE DEMETRICE GARTH, <u>A DISABLED PERSON.</u> THE PLAINTIFF, DR. RABBI K. A. ISRAEL, CLAIMS THE FIDUCIARY <u>RESPONSIBILITY TO SEEK LIFE-SUSTAINING MEDICAL TREATMENT FOR</u> HIS SISTER UNDER, AND PURSUANT TO: "<u>THE HEALTH-CARE SURROGATE ACT: (755 ILCS 40/1);</u> IN CONSULTATION WITH THE ATTENDING PHYSICIAN FOR MS. BEATRICE DEMETRICE GARTH, <u>AS CITED IN CHAPTER (110)1/2; PARAGRAPH 8511.).</u> THE NAME OF THE PATIENT'S ATTENDING PHYSICIAN IS: <u>DR. KINGRA, OFFICE TELEPHONE NUMBER: (708)-424-1153,</u> <u>PHYSICIAN PAGER TELEPHONE NUMBER: (708)-783-5546, DIRECT TELEPHONE: (708)-715-1986.</u>

THE PLAINTIFF, DR. RABBI K. A. ISRAEL, CANNOT ENFORCE HIS <u>RIGHTS TO PARTICIPATE IN FEDERALLY FUNDED PROGRAMS UNDER THE FEDERAL LAWS PROVIDING FOR THE EQUAL RIGHTS OF CITIZENS OF THE UNITED STATES OF AMERICA AND WITHIN THE JURISDICTION OF THIS DISTRICT COURT.</u>

THE UNITED STATES DEPARTMENT OF JUSTICE PROVIDES FEDERAL FUNDING IN EXCESS OF <u>(($$100,000,000.00)): ONE-HUNDRED-MILLION DOLLARS PER YEAR</u> TO FUND THE PROGRAMS IN OPERATION AT THE DEFENDANT <u>OFFICES OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, OFFICES OF THE CLERK OF THE COURT, ET AL..</u>

THE PLAINTIFF, DR. RABBI K. A. ISRAEL, <u>HAS BEEN DENIED ACCESS TO PARTICIPATE IN SAID FEDERALLLY FUNDED PROGRAMS BY THE DEFENDANT OFFICERS OF THE CIRCUIT COURT BECAUSE OF HIS, THE PLAINTIFF'S, ACTS UNDER COLOR OF AUTHORITY DERIVED FROM THE LAWS PROVIDING FOR EQUAL RIGHTS, FOR HIS HAVING REFUSED TO DO ILLEGAL ACTS ON THE GROUNDS THAT SAID ILLEGAL ACTS WOULD BE INCONSISTENT WITH EQUAL RIGHTS LAWS.</u>

DR. RABBI K. A. ISRAEL WAS MADE A DEFENDANT, ON DECEMBER 12, 2007, IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS AS A THREAT BY ATTORNEY MICHAEL DELANEY, WHO WANTS TO PREVENT DR. RABBI K. A. ISRAEL FROM PRESERVING THE LIFE AND HEALTH OF HIS, DR. ISRAEL'S, SISTER AND WARD, MS. BEATRICE DEMETRICE GARTH.

ALL OF THE OTHER DEFENDANTS HAVE BEEN SILENT, AND HAVE DONE NOTHING TO PREVENT, ATTORNEY MICHAEL DELANEY IN HIS ATTEMPT TO MURDER THE PLAINTIFF'S WARD AND SISTER, MS. BEATRICE D. GARTH.

MS. BEATRICE DEMETRICE GARTH WAS MADE A RESPONDANT IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, ONLY AS A RESULT OF WHEN SHE BECAME A VICTIM OF AN ASSAULT AND RAPE WHILE SHE WAS A RESIDENT OF AN INDEPENDENT LIVING CENTER, WHICH IS A SUB-CONTRACTOR, OF THE COUNTY OF COOK AND THE STATE OF ILLINOIS, AT WHICH TIME DR. RABBI K. A. ISRAEL FILED A PETITION FOR GUARDIANSHIP IN THE CIRCUIT COURT.

ATTORNEY MICHAEL DELANEY HAS BUSINESS, FINANCIAL, AND SOCIAL INTERESTS , PAYMENTS, RELATIONSHIPS, AND EMPLOYMENT, WITH BOTH THE CIRCUIT COURT AND THE INDEPENDENT LIVING CENTER AT WHICH THE THE PLAINTIFF'S SISTER, MS. GARTH, WAS ASSAULTED, RAPED, AND KIDNAPPED TO HAMMOND, INDIANA, ON AUGUST 11, 2007.

WHEREFORE, THE PLAINTIFF, DR. RABBI K. A. ISRAEL, PRAYS FOR LEAVE OF THE COURT TO ENFORCE THE DISTRICT COURT'S JURISDICTION UNDER, AND PURSUANT TO, ARTICLE (III): SECTIONS (1) AND (2), AND TO PRESERVE THE PLAINTIFF'S CONSTITUTIONAL RIGHTS UNDER, AND PURSUANT TO, ARTICLE (IV): SECTION (1) AND PARAGRAPH (1) OF SECTION (2), ARTICLE (VI): PARAGRAPHS (2) AND (3), AND AMENDMENTS (I), (IV), (V), (VI), (VII), (VIII), (IX), (X), (XIII), (XIV), AND

AMENDMENT (XV), TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA, AND FOR THE DISTRICT COURT TO REMOVE ALL PROCEEDINGS FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, AND TO REMOVE THIS CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, UNDER, AND PURSUANT TO, 28 U.S.C. ss 1343; CIVIL RIGHTS CASES: PARAGRAPHS (1) AND (2), 28 U.S.C. ss 1446(a) - (e): PROCEDURE(S) FOR REMOVAL, AND 28 U.S.C. ss 1343(a)(1)--(a)(4):

IN ADDITION TO THE PLAINTIFF'S CHARGES AND ALLEGATIONS OF NON-COMPLIANCE WITH FEDERAL RULES AND REGULATIONS WHICH PROHIBIT DISCRIMINATION IN THE PROVISION OF SERVICES IN FEDERALLY FUNDED PROGRAMS OPERATED BY THE DEFENDANT COUNTY AND STATE AGENCIES, THE PLAINTIFF PRAYS FOR LEAVE OF THE COURT TO REMOVE THIS CASE UNDER, AND PURSUANT TO, THE SARBANES-OXLEY-ACT OF 2002: SECTION(S) (403) AND SECTION (404): INVESTIGATIONS AND AUDITS, TO DETERMINE AN ACCURATE ANALYSIS OF THE REGULATORY COMPLIANCE IN THE USE OF THE MORE THAN (($$100,000,000.00)) YEARLY FEDERAL FUNDING.

IN FURTHERANCE OF SAID PRAYERS FOR LEAVE OF THE COURT, AND AS GROUNDS FOR, AND IN SUPPORT OF, THE PLAINTIFF'S NOTICE OF THE OF A CIVIL ACTION FROM THE DEFENDANT CIRCUIT COURT TO THE INSTANT DISTRICT COURT, THE PLAINTIFF, DR. RABBI K. A. ISRAEL, FURTHER STATES:

(1.) UNDER, AND PURSUANT TO, 28 U.S.C. SECTION 1443; CIVIL RIGHTS CASES: ANY OF THE FOLLOWING CIVIL ACTIONS OR CRIMINAL PROSECUTIONS, COMMENCED IN A STATE COURT BY THE DEFENDANT, TO THE DISTRICT COURT OF THE UNITED STATES (OF AMERICA) FOR THE DISTRICT AND THE DIVISION EMBRACING THE PLACE WHEREIN IT IS PENDING:

(1) AGAINST ANY PERSON WHO IS DENIED OR CANNOT ENFORCE IN THE COURTS OF SUCH STATE A RIGHT UNDER ANY LAW PROVIDING FOR

4.

THE EQUAL CIVIL RIGHTS OF CITIZENS OF THE UNITED STATES (OF AMERICA), OR OF ALL PERSONS WITHIN THE JURISDICTION THEREOF;

(2) FOR ANY ACT UNDER COLOR OF AUTHORITY DERIVED FROM ANY LAW PROVIDING FOR EQUAL RIGHTS, OR FOR REFUSING TO DO ANY ACT ON THE GROUND(S) THAT IT WOULD BE INCONSISTE WITH SUCH LAW(S).

(2.) UNDER, AND PURSUANT TO, THE SECURITIES AND EXCHANGE ACT OF 1934; 15 U.S.C. SECTION 78(aa): AND THE SARBANES-OXLEY-ACT OF (2002); RULE(S) (301) IMPLEMENTATION OF STANDARDS OF PROFESSIONAL CONDUCT FOR ATTORNEYS: (d) BREACH OF FIDUCIARY DUTY, RULE(S) (406/407): DISCLOSURE REQUIRED BY SECTIONS (406) AND (407) OF THE SARBANES-OXLEY-ACT OF (2002): SECURITIES AND EXCHANGE COMMISSION: (17) CODE OF FEDERAL REGULATION PART(S) (228), (229), AND (249): RULE(S) (303): IMPROPER INFLUENCE ON CONDUCT OF AUDITS: RULE(S) (302); CERTIFICATION OF DISCLOSURE IN COMPANIES' QUARTERLY AND ANNUAL REPORTS; SECURITIES AND EXCHANGE COMMISSION, (17) C.F.R. PARTS (228), (229), (232), (240), (249), (270), AND (274): RULE(S) (301); STANDARDS RELATING TO LISTED COMPANIES AUDIT COMMITTEES; RULE(S) (401)(a): DISCLOSURE IN MANAGEMENT'S DISCUSSION ABOUT "OFF-BALANCE-SHEET" ARRANGEMENTS AND AGGREGATE CONTRACTUAL OBLIGATIONS; RULE(S) (802) RETENTION OF RECORDS RELEVANT TO AUDITS AND REVIEWS; RULE(S) (R.M.I.C.) CERTIFICATION OF MANAGEMENT INVESTMENT COMPANY SHAREHOLDER REPORTS AND DESIGNATION OF CERTIFIED SHAREHOLDER REPORTS AS EXCHANGE ACT PERIODIC REPORTING FORMS; DISCLOSUR(S) REQUIRED BY SECTIONS (406) AND (407) OF THE SARBANES-OXLEY-ACT OF (2002).

(3.) THE INSTANT ACTION ARISES UNDER THE CONSTITUTION, LAWS, AND TREATIES OF THE UNITED STATES (OF AMERICA): U.S. CONSTITUTION ARTICLE (III) SECTION (2); 28 U.S.C. SECTION 1331; HOWERY VS. ALLSTATE INS. CO., 243 F.3d 912, 916 (5TH. CIR. 2001); TAYLOR VS. APPLETON, 30 F.3d 1365, 1367 (11TH. CIR. 1994); SEE: HECKLER VS. RINGER, 466 U.S. 602, 614-15, 104 S.CT. 2013, 2021-22 (1984). FEDERAL-QUESTION JURISDICTION MAY BE BASED ON A CIVIL-ACTION ALLEGING A VIOLATION OF THE U.S. CONSTITUTION: BIVENS VS. SIX-UNKNOWN NAMED AGENTS, 403 U.S. 388, 396-97, 91 S.CT. 1999, 2004-05 (1971).

(4.) THE INSTANT ACTION ARISES UNDER FEDERAL CIVIL RIGHTS STATUTES ENACTED BY THE UNITED STATES CONGRESS CONFERRING ORIGINAL JURISDICTION TO THE UNITED STATES DISTRICT COURT:

(1.) UNDER, AND PURSUANT TO, 28 U.S.C. ss 1343; CIVIL RIGHTS AND ELECTIVE FRANCHISE:

(a) THE DISTRICT COURTS SHALL HAVE ORIGINAL JURISDICTION OF ANY CIVIL ACTION AUTHORIZED BY LAW TO BE COMMENCED BY ANY PERSON:

(1) TO RECOVER DAMAGES FOR INJURY TO HIS PERSON OR PROPERTY, OR BECAUSE OF THE DEPRIVATION OF ANY RIGHT OR PRIVILEGE OF A CITIZEN OF THE UNITED STATES (OF AMERICA), BY ANY ACT DONE IN FURTHERANCE OF ANY CONSPIRACY MENTIONED IN SECTION (1985) OF TITLE (42);

(2) TO RECOVER DAMAGES FROM ANY PERSON WHO FAILS TO PREVENT OR TO AID IN PREVENTING ANY WRONGS MENTIONED IN SECTION (1985) OF TITLE (42) WHICH HE HAD KNOWLEDGE WERE ABOUT TO OCCUR AND POWER TO PREVENT;

(3) TO REDRESS THE DEPRIVATION, UNDER COLOR OF ANY STATE LAW, STATUTE, ORDINANCE, REGULATION, CUSTOM OR USAGE, OF ANY RIGHT, PRIVILEGE OR IMMUNITY SECURED BY THE CONSTITUTION OF THE UNITED STATES (OF AMERICA) OR BY ANY ACT OF CONGRESS PROVIDING FOR EQUAL RIGHTS OF CITIZENS OR OF ALL PERSONS WITHIN THE JURISDICTION

OF THE UNITED STATES (OF AMERICA);

(4) TO RECOVER DAMAGES OR TO SECURE EQUITABLE OR OTHER RELIEF UNDER ANY ACT OF CONGRESS PROVIDING FOR THE PROTECTION OF CIVIL RIGHTS, INCLUDING THE RIGHTS TO VOTE.

(b) FOR PURPOSES OF THIS SECTION--

(1) THE DISTRICT OF COLUMBIA SHALL BE CONSIDERED TO BE A STATE; AND

(2) ANY ACT OF CONGRESS APPLICABLE EXCLUSIVELY TO THE SHALL BE CONSIDERED TO BE A STATUTE OF THE DISTRICT OF COLUMBIA.

(5.) THE INSTANT ACTION IS AN INJUNCTION SUIT. IN AN ACTION SEEKING INJUNCTIVE RELIEF, THE AMOUNT IN CONTROVERSY IS USUALLY MEASURED BY THE VALUE OF THE RIGHT SOUGHT TO BE PROTECTED BY THE EQUITABLE RELIEF. HUNT VS. WASHINGTON STATE ADVER. COMM.,432 U.S. 333, 345, 97 S.CT. 2434, 2443 (1977).

(6.) THE INSTANT ACTION IS A DECLARATORY JUDGMENT SUIT. IN AN ACTION SEEKING DECLARATORY RELIEF, THE AMOUNT IN CONTROVERSY IS MEASURED BY THE VALUE OF THE OBJECT OF THE LITIGATION OR THE EXTENT OF THE INJURY TO BE PROTECTED. HARTFORD INS. GROUP VS. LOU-CON INC., 293 F.3d 908, 910 (5TH. CIR 2002); ENERGY CATERING SERV., INC. VS. BURROW, 911 F.SUPP. 221, 223 (E.D. LA. 1995).

(7.) THE FEDERAL COURTS MAY ENTERTAIN SOME COLLATERAL MATTERS IN A PROBATE PROCEEDING. MARKHAM VS. ALLEN, 326 U.S. 490, 494, 66 S.CT. 296, 298 (1946); BEREN VS. ROPFOGEL, 24 F.3d 1226, 1228 (10TH. CIR. 1994).

(8.) THE INSTANT ACTION CLAIMS "PENDENT-CLAIM JURISDICTION." PENDENT-CLAIM JURISDICTION AUTHORIZES FEDERAL COURTS TO EXCERSIZE JURISDICTION OVER ALL OTHER CLAIMS THAT ARE SO RELATED TO THE ORIGINAL

CLAIM GIVING RISE TO ORIGINAL JURISDICTION THAT THEY FORM PART OF THE SAME CASE OR CONTROVERSY WITHIN THE MEANING OF "ARTICLE (III) OF THE CONSTITUTION (OF THE U.S.A.)." 28 U.S.C. ss 1367(a); SEE: CITY OF CHICAGO, 522 U.S. AT 165, 118 S.CT. AT 530.

(9.) UNDER, AND PURSUANT TO, 28 U.S.C. ss 1446: PROCEDURE(S) FOR REMOVAL:

(a) A DEFENDANT OR DEFENDANTS DESIRING TO REMOVE ANY CIVIL ACTION OR CRIMINAL PROSECUTION FROM A STATE COURT SHALL FILE IN THE DISTRICT COURT OF THE UNITED STATES (OF AMERICA) FOR THE DISTRICT AND THE DIVISION WITHIN WHICH SUCH ACTION IS PENDING A NOTICE OF REMOVAL PURSUANT OT RULE (11) OF THE FEDERAL RULES OF CIVIL PROCEDURE CONTAINING A SHORT AND PLAIN STATEMENT OF THE GROUNDS FOR REMOVAL, TOGETHER WITH A COPY OF ALL PROCESS, PLEADINGS, AND ORDERS SERVED UPON SUCH DEFENDANT OR DEFENDANTS IN SUCH ACTION.

(b)....., (c)(1)..., (c)(4)...,

(c)(5) IF THE UNITED STATES DISTRICT COURT DOES NOT ORDER THE SUMMARY REMAND OF SUCH PROSECUTION, IT SHALL ORDER AN EVIDENTIARY HEARING TO BE HELD PROMPTLY AND AFTER SUCH HEARING SHALL MAKE SUCH DISPOSITION OF THE PROSECUTION AS JUSTICE SHALL REQUIRE. IF THE UNITED STATES DISTRICT COURT DETERMINES THAT REMOVAL SHALL BE PERMITTED, IT SHALL SO NOTIFY THE STATE COURT IN WHICH SUCH PROSECUTION IS PENDING, WHICH SHALL PROCEED NO FURTHER.

(d).........................................

(e) IF THE DEFENDANT OR DEFENDANTS ARE IN ACTUAL CUSTODY ON PROCESS ISSUED BY THE STATE COURT, THE DISTRICT COURT SHALL ISSUE ITS WRIT OF HABEAS CORPUS, AND THE UNITED STATES MARSHAL SHALL THEREUPON TAKE SUCH DEFENDANT OR DEFENDANTS INTO HIS CUSTODY AND DELIVER A COPY OF THE WRIT TO THE CLERK OF SUCH STATE COURT.

(10.) THE PLAINTIFF, DR. RABBI K. A. ISRAEL, PRAYS FOR LEAVE OF THE COURT AND, AS THE STAUTES STATE, DEMANDS, AND THE FEDERAL STATUTES PROVIDE FOR, <u>UNDER, AND PURSUANT TO, F.R.C.P. (38);</u> JURY TRIAL OF RIGHT:

<u>(a) RIGHT PRESERVED..., (b) DEMAND..., (c) SAME:</u> SPECIFICATION OF ISSUES................................, <u>AND THE SEVENTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA</u> PRESERVES, PROVIDES FOR, AND <u>PROTECTS, THE RIGHT OF TRIAL BY JURY SO RESPECTFULLY PETITIONED FOR HEREIN, INCLUDING F.R.C.P. (40): ASSIGNMENT OF CASES FOR TRIAL.</u>

IN CONCLUSION, ADOLPH HITLER, RIDING ON A WAVE OF FASCISM AFTER WORLD WAR (I), WAS FAVORED BY THE TRADITIONAL DEFECTS IN THE SOCIETY, ESPECIALLY, THE LACK OF COHESION, ONLY AFTER THE INHUMANE EXTERMINATION OF MORE THAN ONE-HUNDRED AND SEVENTY-FIVE MILLION HUMAN BEINGS, AND THE NUREMBERG TRIALS, DID THE HORRORS AND TERROR OF A MAN WHO DID NOT EVER DESERVE TO HAVE AUTHORITY OVER AN ETHNIC GROUP OF PEOPLE WHOM HE HATED, ATTRACT THE ATTENTION OF AMERICANS WHO PREFERRED TO LOOK THE OTHER WAY WHILE THE SLAUGHTERS BY A GENOCIDAL XENOPHOBIC MANIAC AND HIS ARMIES RUINED EUROPE.

ATTORNEY MICHAEL DELANEY HAS NO RIGHT, AND DOES NOT DESERVE TO HAVE ANY AUTHORITY, OVER AN ETHNICITY, THE PLAINTIFF'S, BECAUSE ATTORNEY MICHAEL DELANEY'S FIDUCIARY JURISPRUDENCE IS CORRUPTED BY XENOPHOBIA AND HITLERIAN CUSTOMS.

RESPECTFULLY SUBMITTED BY:

SIGNED: *[signature: DR. Rabbi K. A. Israel]*

DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY,
ALSO KNOWN AS
DR. RABBI K. GARTH RICHARDSON, CONSULAR ATTORNEY,
PARALEGALS FOR CIVIL RIGHTS AND
HUMAN RIGHTS, INTERNATIONALE,
F.E.I.N. 87-0656393,
P.O. BOX 803241,
CHICAGO, ILLINOIS, 60680-3241
(773)-469-8132

DATE: DECEMBER 17, 2007

*[signature: Patricia A. Martin]*
NOTARY PUBLIC:

"OFFICIAL SEAL"
PATRICIA A. MARTIN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09/23/2009

10.

<u>NOTICE OF FILING.</u>  <u>NOTICE OF FILING.</u>  <u>NOTICE OF FILING.</u>

PLEASE TAKE NOTICE, THAT ON DECEMBER 17, 2007, PLAINTIFF(S), DR. RABBI K. A. ISRAEL, FILED IN THE OFFICES OF THE CLERK OF THE COURT, <u>FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.,</u>

<u>333 CONSTITUTION AVENUE, N.W., WASHINGTON, D.C., 20001</u>, PLAINTIFF'S <u>EMERGENCY COMPLAINT, AND EMERGENCY MOTION FOR VENUE CHANGE,</u> IN THE FOREGOING CAPTIONED ACTION, A COPY OF WHICH IS ATTACHED AND IS HEREBY SERVED UPON YOU.

<u>CERTIFICATE AND AFFIDAVIT OF DELIVERY AND PROOF OF SERVICE:</u>

I, DR. RABBI K. A. ISRAEL, THE PLAINTIFF(S), CERTIFY ON OATH, THAT ON DECEMBER 17, 2007, THAT I SERVED A COPY OF THE ATTACHED NOTICE OF FILING, AND THE CAPTIONED DOCUMENTS ATTACHED HERETO, BY PLACING THEM INTO THE UNITED STATES MAIL AT THE CARDISS-COLLINS MAIN POSTAL DISTRIBUTION CENTER, AND/OR, AT THE LOOP POST-OFFICE, CERTIFIED MAIL, OR REGULAR MAIL, PROPER POSTAGE PRE-PAID, AND DIRECTED TO THE PARTIES AT THE ADDRESSES IN THE CAPTION, AT, OR BEFORE, 5:00 P.M..

RESPECTFULLY SUBMITTED BY:

SIGNED: *[signature: DR. Rabbi K. A. Israel]*

DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY,
GUARDIAN FOR MS. BEATRICE DEMETRICE GARTH,
PARALEGALS FOR CIVIL RIGHTS AND HUMAN RIGHTS,
INTERNATIONALE,  F.E.I.N. 87-0656393,
P.O. BOX 803241,
CHICAGO, ILLINOIS, 60680-3241
TELEPHONE: (773)-469-8132

NOTARY PUBLIC: *[signature: Patricia A. Martin]*          DATE: 12-17-2007

*"OFFICIAL SEAL"*
*PATRICIA A. MARTIN*
*NOTARY PUBLIC STATE OF ILLINOIS*
*My Commission Expires 09/23/2009*

(Rev. 11/2/01) CCP 0199

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT - PROBATE DIVISION

In re the Estate of

MS. BEATRICE DEMETRICE GARTH,            } No. 07-P-6180

### PROBATE DIVISION COVER SHEET

A Probate Division Cover Sheet shall be filed with the initial petition in all actions filed in the Probate Division. The information required is for clerical purposes only, and shall not be introduced into evidence. Please check the box next to the category that best describes the type of case being filed.

**Guardianship for Disabled Person**

0001 XX  Person  (PLEASE SEE ATTACHMENTS)

0002 ☐  Estate

0003 ☐  Estate & Person

0019 XX  Elder Abuse (PLEASE SEE DOCUMENTS ATTACHED).

**Guardianship for Minor**

0011 ☐  Person

0012 ☐  Estate

0013 ☐  Estate & Person

**Probate of Decedent's Estate - Intestate**

0004 ☐  Supervised Administration

0005 ☐  Independent Administration

0014 ☐  Summary Administration

0006 ☐  Letters of Administration to Collect

0018 ☐  Miscellaneous Probate Action (Decedent)

**Probate of Decedent's Estate - Will**

0007 ☐  Supervised Administration

0008 ☐  Independent Administration

0015 ☐  Summary Administration

0009 ☐  Will Annexed - Supervised Administration

0010 ☐  Will Annexed - Independent Administration

**Other**

0016 ☐  Sell or Transfer Structured Settlement

0017 XX  Petition to Settle Cause of Action - Wrongful Death

08 0121
FILED
JAN 22

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Atty. No.: _____

Name: _____

Atty. for Petitioner: DR. RABBI K. A. ISRAEL, A.K.A. DR. RABBI K. GARTH RICHARDSON,

Address: P.O. BOX 803241,

City/State/Zip: CHICAGO, ILLINOIS, 60680-3241,     By *[signature: Dr Rabbi K A Israel]* Pro Se

Telephone: (773)-469-8132

ATT. A(1)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS