FILED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.,

Plaintiff(s)   DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY, BROTHE OF, AND GUARDIAN FOR, MS. BEATRICE DEMETRICE GARTH, PLAINTIFF,

VERSUS

Defendant(s)   CIRCUIT COURT OF COOK COUNTY, ILL., DOROTHY BROWN, LISA MADIGAN, MICHAEL DELANEY ET AL.,

Case Number: 08 0121

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, DR. RABBI K. A. ISRAEL, declare that I am the (check appropriate box) [XXX] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, CIRCUIT COURT OF COOK COUNTY, ILLINOIS, OFFICE(S) OF THE STATES ATTORNEY, OFFICE(S) OF THE ATTORNEY GENERAL FOR THE STATE OF ILLINOIS, LISA MADIGAN, ILLINOIS LEGAL SERVICES; "C.V.S."

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] _____, previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

*Dr. Rabbi K. A. Israel*
Movant's Signature

*Dr. Rabbi K. A. Israel*
DECEMBER 17, 2007
Date

RECEIVED
DEC 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1839 SOUTH RACINE AVENUE,
CHICAGO, ILLINOIS, 60680-3241
Street Address

CHICAGO, ILLINOIS, 60680-3241
City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: ____N/A_____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: ____N/A_____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: ____N/A_____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: ____N/A_____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐